IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : Case No: 1:14-ml-2570-RLY-TAB : MDL No: 2570 : Honorable Richard L. Young : |
| This document relates to: | : : |
| DEVAN HOOKFIN: 1:18-cv-02888 JUANITA HEARD: 1:17-cv-04592 KATHRYN SWOPE: 1:19-cv-02145 LAURA DUNCAN WEBB: 1:17-cv-4639 | : : : : |

### NOTICE OF APPEARANCE

Please take notice that EdRaúl Colón, Esq. is entering an appearance as counsel for the above styled Plaintiff. Mr. Colón is admitted or otherwise authorized to practice in this Court, pursuant to its Third Amended Order Establishing Policies and Procedures, issued by this Court on April 5, 2022.

Dated: February 20, 2024

Respectfully submitted,

/s/ EdRaúl Colón
EdRaúl Colón, Esq.
Law Office of Christopher K. Johnston, LLC
1413 Ave Ponce de León
Ste. 400 PMB 5610
San Juan, PR 00907
Tel: (787) 417-9036
Fax: (415) 202-6264
Email: ed@masstortslaw.com

*Counsel for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 20, 2024, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/EdRaúl Colón